UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:24-cr-156-TPB-NHA

JOEL RUFUS FRENCH

**BILL OF PARTICULARS**
**(Forfeiture)**

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following assets are subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment:

a. An order of forfeiture in the amount of $39,867,665.78, which is the amount the defendant obtained as a result of the commission of the offenses charged in Counts One and Two.

b. Approximately $3,000,000 transferred to Burr & Forman, LLC's client trust account from R&L Marketing on April 9, 2019.

c. Approximately $1,077.11 Bank of America account number 898091856161 in the name of Embrace of Clearwater, Inc.

d. Approximately $775.72 BancorpSouth Bank account number 77105039 in the name of Embrace of Clearwater, Inc.

e. Approximately $37,776.81 Renasant Bank account number 8015201802 in the name of J Lynn Medical Supplies.

f. Approximately $948,228.83 Pacific Life Insurance Company annuity contract/account number FX18009821, together with any accrued interest and/or appreciation to such contract/account in the name of Joel R. French.

g. Approximately $874,594.36 Athene Annuity and Life Company contract/account number AX00090776, together with any

accrued interest and/or appreciation to such contract/account in the name of Joel R. French.

h. Approximately $53,402.40 Pacific Life Insurance Company annuity contract/account number FX18009821, together with any accrued interest and/or appreciation to such contract/account in the name of Joel R. French.

i. Approximately $50,617.68 Renasant Bank account number 291127306 in the name of Joel Rufus French and Letricia R. French.

j. Approximately $1,543.19 Bank of America account number 334048793335 in the name of Lateese Gamla Ford.

k. Approximately $3,000,000 transferred to Maple Harris, PLC's client trust account from R&L Marketing on April 9, 2020.

l. Approximately $22,389.00 BancorpSouth Bank account number 77105328 in the name of Patriot Medical Supplies, LLC.

m. Approximately $19,823.27 BancorpSouth Bank account number 77104529 in the name of R and L Laboratory Services, LLC.

n. Approximately $794,878.12 Bancorp South's MoneyGram Account associated with the purchase of Official Check Numbers 0664002201 – 0664002203 in the name of R&L Marketing.

o. Approximately $43,206.45 BancorpSouth Bank account number 77104669 in the name of R&L Senior Marketing.

p. Approximately $14,324.84 BancorpSouth Bank account number 77105286 in the name of R&L Senior Marketing.

q. Approximately $574,915.79 Renasant Bank account number 8011045792 in the name of R&L Senior Marketing.

r. Approximately $1,000,000.00 Renasant Bank account number 8013303578 in the name of in the name of R&L Senior Marketing.

s. Approximately $889,198.88 Renasant Bank account number 8011045792 in the name of R&L Senior Marketing.

t. Approximately $5,629,101.93 Renasant Bank account number 8013303578 in the name of R&L Senior Marketing.

u.  Approximately $248,659.04 securing Renasant Bank Official Check number 10620830 in the name of Renasant Bank

v.  Approximately $549,151.75 Renasant Bank account number 8012473402 in the name of Restorative Management, LLC.

w.  Approximately $225,000 cash withdrawn by Rufus French from BancorpSouth Bank account number 77104669 on April 9, 2019 in the name of Rufus French.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
