UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                 CASE NO. 8:24-cr-00156-TPB-NHA

JOEL RUFUS FRENCH

## NOTICE OF RELATED ACTION

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.07(c) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of related actions which concern issues of law and fact related to those of the above-captioned case. This case is related to the following cases charged in the Tampa Division of the Middle District of Florida: *United States v. Parker*, 8:23-cr-00207-WFJ-AAS (M.D. Fla.), before the Honorable William F. Jung; *United States v. Zeeshan Hayat*, 8:22-cr-352-VMC-SPF (M.D. Fla.); before the Honorable Virginia Hernandez Covington; *United States v. Salma Karina Hayat*, 8:22-cr-351-CEH-TGW (M.D. Fla.), before the Honorable Charlene Edwards Honeywell; *United States v. Chow*, 8:22-cr-00425 (M.D. Fla.), before the Honorable Charlene Edwards Honeywell; *United States v. Jonathan Rouffe*, 8:20-cr-00173 (M.D. Fla.), before this Honorable Court; *United*

*States v. Samuel Friedman*, 8:20-cr-00168 (M.D. Fla.), before the Honorable Steven D. Merryday; *United States v. Poppe*, 8:23-cr-00027-SDM-AEP, before the Honorable Judge Steven D. Merryday; *United States v. Wolfe*, 8:21-cr-00028-CEH-JSS (M.D. Fla.), before the Honorable Virginia Hernandez Convington; and *United States v. Koehlinger*, 8:22-cr-00051-SCB-JSS (M.D. Fla.), before the Honorable Susan C. Bucklew.

Additionally, the case also is related to *United States v. Adams*, 3:21-cr-00800 (S.D.C.A.); *United States v. Bell*, 3:20-cr-2887 (S.D.C.A.); *United States v. Burrus*, 3:20-cr-03914 (S.D.C.A.); *United States v. Chamblee*, 4:19-cr-00678 (S.D. Tex.); *United States v. Davidson*, 2:21-cr-00113-EEF-JVM (E.D. La.); *United States v. Karlick*, 9:19-cr-80168 (S.D. Fla.); *United States v. Laughlin*, 2:22-cr-00338) (D.N.J.); *United States v. Luke*, 2:22-cr-00336-ES (D.N.J.); *United States v. McKay*, 1:20-cr-00163 (E.D. Mo.); *United States v. McCoy*, 1:20-cr-00184 (E.D. Mo.); *United States v. Orobor*, 1:23-cr-333 (N.D. Ga.); and *United States v. Sporn*, 9:22-cr-80007 (S.D. Fla.).

Date: April 17, 2024

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Jennifer L. Peresie*
Jennifer L. Peresie
USA No. 120
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798

Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jennifer.peresie@usdoj.gov

GLENN S. LEON
Chief
Fraud Section, Criminal Division
U.S. Department of Justice

By: /s/ *Catherine Wagner*
CATHERINE WAGNER
Trial Attorney
Florida Special Bar No. A5502410
Criminal Division, Fraud Section
U.S. Department of Justice
1000 Louisiana, Suite 2300
Houston, Texas 77002
Phone: (202) 794-0097
Email: catherine.wagner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Catherine Wagner*
CATHERINE WAGNER
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice