**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No. 8:24-cr-156-TPB-NHA

JOEL RUFUS FRENCH,

     Defendant.
_____/

## ORDER TRANSFERRING CASE

On December 15, 2025, the Chief Justice of the United States Supreme Court designated and assigned Chief Judge Stephen Joseph Murphy of the United States District Court for the Eastern District of Michigan to perform judicial duties in the Middle District of Florida during the period from January 1, 2026, through June 30, 2026, and for such time as needed thereafter as required to complete unfinished business. With his consent, this case is hereby reassigned to Judge Murphy. The Clerk is directed to reassign this case to Judge Murphy for all further proceedings.

This case has been set for a Zoom final pretrial conference before Judge Murphy on January 15, 2026, at 9:00 am.

**DONE** and **ORDERED** in Tampa, Florida, on this 12th day of January, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE