UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:24-cr-00156-SJM-NHA

v.

Honorable Stephen J. Murphy, III

JOEL RUFUS FRENCH

**THE UNITED STATES OF AMERICA'S AMENDED WITNESS LIST**

1. Ardalaan Adams

2. Brandy McKay

3. Charlene Frame

4. David Laughlin, Jr.

5. Deborah MacNeil

6. Donna Cohen

7. Dr. Robert Hoover[1]

8. Jackson Siples

9. Brenda Mescall[2]

10. Jason Shearn, FBI

---

[1] The Government may call Dr. Robert Hoover, or another qualified witness, to describe when orthotic braces would be considered medically necessary and properly prescribed under Medicare regulations and standards. The scope of Dr. Hoover's anticipated testimony is further described in the Government's expert disclosure, which has been provided to the defense.

[2] The original witness list inadvertently listed Ms. Mescall's deceased father rather than Ms. Mescall. The defense was previously informed of the Government's intention to call Ms. Mescall. That is the only amendment to this list.

1

11. John Lassiter[3]

12. Jordan Chibnick

13. Jordan Karlick

14. Keith Baber[4]

15. Kelly Wolfe

16. Michael Moranz

17. Mindy Breitman

18. Misti McNichols

19. Richard Miller

20. Stephany Lear

21. Stephen Luke

22. Steven Parker

23. Steven Richardson

24. Terris Harris[5]

---

[3] As discussed in the Government's omnibus motions *in limine* and trial brief, the Defendant has not fully waived attorney-client privilege and does not intend to meet the requirements of the advice of counsel defense, so the defense should be precluded throughout trial from making any reference to his former counsel. The Government reserves the right to call Mr. Lassiter, including in rebuttal, in the event that the Court permits the Defendant to reference his former counsel during the trial.

[4] The Government may call Keith Baber, or another qualified witness, to describe CHAMPVA, including rules and regulations governing reimbursement and CHAMPVA claims data. The scope of Mr. Baber's anticipated testimony is further described in the Government's expert disclosure, which has been provided to the defense. The parties have filed a joint stipulation to alleviate the need for this testimony.

[5] The Defendant communicated to the Government that he was withdrawing his wavier of attorney-client privilege over advice and work product of his former counsel Terris Harris, who represented and advised the Defendant during the alleged

25. Tiffany Gorman, FBI[6]

26. Tisha Greenwood

27. Vaitiare Salas[7]

28. Zeeshan Hayat

29. Custodians of record for billing data, financial records, business records, and other documents as necessary.[8]

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

LORINDA LARYEA
Chief, Fraud Section
United States Department of Justice
Fraud Section, Criminal Division

By:   /s/ Catherine Wagner
Catherine Wagner
Acting Assistant Chief
Florida Special Bar No. A5502410
William Hochul III

---

conspiracy period. Pending a ruling by the Court, the Government has respected this withdrawal. Should the Court permit the Defendant to reference his counsel during the trial, thereby waiving his privilege, the Government reserves the right to call Mr. Harris as a witness, including in rebuttal.

[6] The Government may call Tiffany Gorman, or another witness, to describe the tracing of proceeds through the accounts controlled by the Defendant and financial transactions of relevance to the Indictment based on financial records.

[7] The Government may call Vaitiare Salas, or another qualified witness, to describe Medicare, including rules and regulations governing reimbursement for orthotic braces, telemedicine visits, enrollment, and Medicare claims data. The scope of Ms. Salas's anticipated testimony is further described in the Government's expert disclosure, which has been provided to the defense.

[8] The Government is hopeful that the parties will stipulate to the authenticity of most records, particularly business records. Nonetheless, the Government may call custodians of records as necessary to authenticate exhibits.

Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 20005
Phone: (202) 794-0097
Email: catherine.wagner@usdoj.gov
Phone: (202) 538-4256
Email: William.Hochul.III@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on January 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief