UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:24-cr-156-SJM-NHA

JOEL RUFUS FRENCH

**<u>DEFENDANT'S WITNESS LIST</u>**

COMES NOW JOEL RUFUS FRENCH, DEFENDANT, through counsel, and

provides the following Witness List:

1. Martha Flemings
2. Joel Rufus French

Respectfully submitted,

LAW OFFICES OF SEAN BUCKLEY PLLC

/s/ Sean Buckley
SEAN BUCKLEY
*Pro Hac Vice*
Mississippi Bar No. 106541
13334 Seaway Road, Ste. 210
Gulfport, Mississippi 39503
(228) 933-4411
Sean@SeanBuckleyLaw.com

Greco Neyland, PC

/s/ Dustan Neyland
DUSTAN NEYLAND
*Pro Hac Vice*
Texas Bar No. 24058019
701 N. Post Oak Rd., Ste. 425
Houston, Texas 77024
(713) 972-1100
dneyland@greconeyland.com

## CERTIFICATE OF SERVICE

I certify that on this the 1st day of February 2026 I provided a true and correct copy of the foregoing request to counsel for the Government via the ECF system.

/s/ Sean Buckley
Sean Buckley