UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOEL RUFUS FRENCH,

        Defendant.

_____/

Case No. 8:24-cr-00156

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND
RECOMMENDATION [164], GRANTING MOTION
FOR PRELIMINARY ORDER OF FORFEITURE [155],
AND ENTERING PRELIMINARY ORDER OF FORFEITURE**

The United States moved unopposed, pursuant to 18 U.S.C. §§ 982(a)(1), (a)(7) and Fed. R. Crim. P. 32.2(b)(2), for a preliminary order of forfeiture, ECF No. 155, based on the parties' stipulated settlement agreement, ECF No. 156-1. Magistrate Judge Natalie Hirt Adams recommended that the Court grant the unopposed motion. ECF No. 164. The Court will adopt the Magistrate Judge's Report and Recommendation in full, grant the motion, and enter a preliminary order of forfeiture pursuant to 18 U.S.C. §§ 982(a)(1), (a)(7) and Fed. R. Crim. P. 32.2(b)(2).

The following assets represent property that constitutes or was derived from proceeds of the offenses charged in Counts One and Two of the Indictment:

a. Approximately $3,000,000 transferred to Burr & Forman, LLC's client trust account from R&L Marketing on April 9, 2019.

b. Approximately $37,776.81 Renasant Bank account number 8015201802 in the name of J Lynn Medical Supplies.

1

c.  Approximately $948,228.83 Pacific Life Insurance Company annuity contract/account number FX18009821, together with any accrued interest and/or appreciation to such contract/account in the name of Joel R. French.

d.  Approximately $874,594.36 Athene Annuity and Life Company contract/account number AX00090776, together with any accrued interest and/or appreciation to such contract/account in the name of Joel R. French.

e.  Approximately $53,402.40 Pacific Life Insurance Company annuity contract/account number FX18009821, together with any accrued interest and/or appreciation to such contract/account in the name of Joel R. French.

f.  Approximately $1,543.19 Bank of America account number 334048793335 in the name of Lateese Gamla Ford.

g.  Approximately $3,000,000 transferred to Maple Harris, PLC's client trust account from R&L Marketing on April 9, 2019.

h.  Approximately $794,878.12 Bancorp South's MoneyGram Account associated with the purchase of Official Check Numbers 0664002201 – 0664002203 in the name of R&L Marketing.

i.  Approximately $574,915.79 Renasant Bank account number 8011045792 in the name of R&L Senior Marketing.

j.  Approximately $1,000,000.00 Renasant Bank account number 8013303578 in the name of in the name of R&L Senior Marketing.

k.  Approximately $889,198.88 Renasant Bank account number 8011045792 in the name of R&L Senior Marketing.

l.  Approximately $5,629,101.93 Renasant Bank account number 8013303578 in the name of R&L Senior Marketing.

m.  Approximately $549,151.75 Renasant Bank account number 8012473402 in the name of Restorative Management, LLC.

n.  Approximately $225,000 cash withdrawn by Rufus French from BancorpSouth Bank account number 77104669 on April 9, 2019 in the name of Rufus French.

Being fully advised of the relevant facts, the Court finds that all the assets identified above constitute proceeds of the conspiracy offenses charged in Counts One and Two.

**WHEREFORE**, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation [164] is **ADOPTED**, and the United States' motion for a preliminary order of forfeiture [155] is **GRANTED**. Under 18 U.S.C. §§ 982(a)(1), (a)(7) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the Defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 16, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 16, 2026, by electronic and/or ordinary mail.

s/ Richard Loury
Case Manager

3