# Exhibit 1

Barry Woods, Sr.

60156 Old Hwy 25 South

Amory, MS 38821

April 11, 2026

Honorable Stephen J. Murphy, III

United States District Court

Middle District of Florida – Tampa Division

Sam M. Gibbons United States Courthouse

Subject: Character Letter for Mr. Rufus French

Dear Judge Murphy,

   I am writing a Character Letter for Mr. Rufus French, whom I've known for over thirty-five years. Living in a small town allowed me to have an opportunity to get to know the young people in my community and to serve as a mentor for many of them, also. I got to know Rufus through his father, whom I respect for his loyalty and dedication to his family. This inspired me to become more dedicated to my family and my volunteerism in the community. I, along with another coach, coached two community baseball teams, and I also volunteered to serve as an after-school tutor for several years.

   Because I coached two baseball teams, I also needed some help because sometimes the other coach had things to come up which kept him from participating in the practices. Then, one day, Rufus, who was a stand-out baseball player and football player for the Amory School District, just walked up and asked me if he could help me coach the younger players.

   I have to say that I was impressed to see a young teenager who was becoming a star athlete unselfishly volunteer his time and talent to help others; however, I was not surprised that Rufus would do this because this is the character traits that Rufus's parents had taught him and now he not only embraced those lessons from his parents, but he began to share those lessons with others. The players gravitated to Rufus because they wanted to be like Rufus; his presence inspired the players; now they

saw someone who was only a few years older than them giving back. This became Rufus's trademark; he always strives to help others personally and professionally. I've been blessed to serve as a coach, tutor, teacher, school administrator, and elected city official; yet, I still remember that day when a young teenager who would go on to become a star athlete in high school and college, a successful businessman, a committed family man, and a Godly man volunteer his time and talent to make a difference in the lives of others begin that journey.

Respectfully,
Barry Woods, Sr.
Vice-Mayor,
City of Amory, Mississippi