# Exhibit 30





