UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:24-cr-156-SJM-NHA

JOEL RUFUS FRENCH,

Defendant.

**NOTICE OF RELATED ACTIONS FOR RESTITUTION ORDER**

The United States of America, by and through undersigned counsel, hereby files this notice of cases for which the restitution ordered for Defendant Joel Rufus French should be joint and several. Defendant is not opposed to the request in this notice.

The Pre-Sentence Investigative Report ("PSR") recommends and the Government seeks a restitution order of $110,753,619.63. Dkt. 185 ¶ 81. Below are other cases with which Defendant French's restitution should be paid partially jointly and severally in the following amounts:

| Case Name/Number | Joint and Several Amount |
|---|---|
| United States v. Ardalaan Adams, No. 3:21-cr-00800 (S.D.C.A.) | $95,088,830.80 |
| United States v. Charles Burruss, No. 3:21-cr-00799 (S.D.C.A.) | $95,088,830.80 |
| United States v. Salma Karina Hayat, No.8:22-cr-351 (M.D. Fla.) | $5,999,594 |
| United States v. Mitchell Chow, No. 8:22-cr-425 (M.D. Fla.) | $5,999,594 |
| United States v. Brandy McKay, No. 1:20-cr-00163 (E.D. Mo.) | $2,952,824 |
| United States v. Jackson Siples, No. 4:21-cr-00254 (E.D. Mo.) | $2,952,824 |
| United States v. Jamie McCoy, No. 1:20-cr-00184 (E.D. Mo.) | $2,952,824 |
| United States v. Charlene Frame, No. 4:20-cr-00030 (S.D. Ga.) | $1,242,000 |
| United States v. Marc Sporn, No. 9:22-cr-80007 (S.D. Fla.) | $783,083 |

The parties also note that there are additional pending cases where restitution has not yet been ordered that may result in restitution orders where Defendant's case may be listed as partially joint and several.

Date: May 6, 2026

Respectfully submitted,

GREGORY W. KEHOE
UNITED STATES ATTORNEY

LORINDA LORYEA
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By: /s/ Catherine Wagner

Catherine Wagner
Acting Assistant Chief
Florida Special Bar No. A5502410
William Hochul III
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, D.C. 20005
Telephone: (202) 794-0097
Email: Catherine.Wagner@usdoj.gov
Telephone: (202) 538-4256
Email: William.Hochul.III@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 6, 2026, I met and conferred with counsel for Defendant Joel Rufus French who does not oppose the relief sought in this notice.

/s/ Catherine Wagner
CATHERINE WAGNER
Acting Assistant Chief

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Defense Counsel of Record.

*/s/ Catherine Wagner*
CATHERINE WAGNER
Acting Assistant Chief