UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-cr-156-SJM-NHA

DATE: May 7, 2026

HONORABLE STEPHEN J. MURPHY, III

Courtroom 14A

**UNITED STATES OF AMERICA**

Catherine Wagner & William Hochul, AUSA

**vs.**

**JOEL RUFUS FRENCH**

Linda McNamara, retained

COURT REPORTER: David Collier

DEPUTY CLERK: Sonya Cohn

INTERPRETER: n/a

PROBATION: Deanna Lorenz

TIME: 9:04 – 10:19 a.m.

TOTAL:   1 hr. 15 mins.

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

Court in session.

All parties are present in the courtroom and identified for the record.

A jury previously found the defendant guilty of Counts One, Two, and Three of the Indictment and is adjudicated guilty.

Court advises that he will not rule on objections to PSR for reasons stated in the record.

The United States addresses the Court.

Defense counsel addresses the Court. The defendant addresses the Court.

Imprisonment: **196 months.** This term consists of 60 months as to Count One, 196 months as to Count Two, and 120 months as to Count Three, all counts to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons: Placement at FCI Yazoo City to be near family or FCI Butner to be near son.

Supervised Release: **3 years**. This term consists of 3 years as to Counts One, Two and Three, all such terms to run concurrently.

Special Conditions:
1. Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.
2. Defendant shall provide the probation officer access to any requested financial information.
3. Defendant shall refrain from engaging in any employment related to billing federal healthcare programs or consulting for any such billing.

You must cooperate in the collection of DNA as directed by the probation officer.

You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed 104 tests per year.

Fine: Waived.          Restitution: $110,753,619.63 – See judgment for details.

Special Assessment: $300, due immediately.

Defendant shall forfeit to the United States those assets that are subject to forfeiture as previously identified in the Order of Forfeiture and any subsequent orders.

Defendant's oral motion for variance is GRANTED to extent indicated in the record.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The defendant is advised of his right to appeal and to counsel on appeal.