UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JOEL RUFUS FRENCH,

          Defendant.

_____/

Case No. 8:24-cr-156

HONORABLE STEPHEN J. MURPHY, III

## **FINAL ORDER OF FORFEITURE**

The United States moved for a Final Order of Forfeiture. Doc. 209. Magistrate

Judge Adams issued a report and recommendation to grant the motion. Doc. 210. No

party objected to the report and recommendation. The Court will adopt the report and

recommendation and grant the motion for the following assets, which were subject to

a Preliminary Order of Forfeiture, Doc. 181:

    a. Approximately $3,000,000 transferred to Burr & Forman, LLC's client trust account from R&L Marketing on April 9, 2019.

    b. Approximately $37,776.81 Renasant Bank account number 8015201802 in the name of J Lynn Medical Supplies.

    c. Approximately $948,228.83 Pacific Life Insurance Company annuity contract/account number FX18009821, together with any accrued interest and/or appreciation to such contract/account in the name of Joel R. French.

    d. Approximately $874,594.36 Athene Annuity and Life Company contract/account number AX00090776, together with any accrued interest and/or appreciation to such contract/account in the name of Joel R. French.

e.  Approximately $53,402.40 Pacific Life Insurance Company annuity contract/account number FX18009821, together with any accrued interest and/or appreciation to such contract/account in the name of Joel R. French.

f.  Approximately $1,543.19 Bank of America account number 334048793335 in the name of Lateese Gamla Ford.

g.  Approximately $3,000,000 transferred to Maple Harris, PLC's client trust account from R&L Marketing on April 9, 2019.

h.  Approximately $794,878.12 Bancorp South's MoneyGram Account associated with the purchase of Official Check Numbers 0664002201 – 0664002203 in the name of R&L Marketing.

i.  Approximately $574,915.79 Renasant Bank account number 8011045792 in the name of R&L Senior Marketing.

j.  Approximately $1,000,000.00 Renasant Bank account number 8013303578 in the name of in the name of R&L Senior Marketing.

k.  Approximately $889,198.88 Renasant Bank account number 8011045792 in the name of R&L Senior Marketing.

l.  Approximately $5,629,101.93 Renasant Bank account number 8013303578 in the name of R&L Senior Marketing.

m.  Approximately $549,151.75 Renasant Bank account number 8012473402 in the name of Restorative Management, LLC.

n.  Approximately $225,000 cash withdrawn by Rufus French from BancorpSouth Bank account number 77104669 on April 9, 2019 in the name of Rufus French.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, from April 18, 2026 through May 17, 2026. Doc. 197. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk—United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida

33602—a petition to adjudicate their interests within 60 days of the first date of publication.

In accordance with 21 U.S.C. § 853(n), the United States properly noticed Letricia Renee French and Lateese Gamal Ford, the only individuals known to have a potential interest in the assets. No one filed a petition to adjudicate an interest in the assets, and the time for filing petitions has expired.

**WHEREFORE**, it is hereby **ORDERED** that for good cause shown, the motion for a final order of forfeiture [209] is **GRANTED**.

It is **FURTHER ORDERED** that the unopposed Report and Recommendation [210] is **ADOPTED**.

It is **FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), all right, title, and interest in and to the assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets is now vested in the United States.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 13, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2026, by electronic and/or ordinary mail.

s/ Richard Loury
Case Manager

3